1  BRADFORD R. JERBIC
   City Attorney
2  Nevada Bar No. 1056
   By: SETH T. FLOYD
3  Deputy City Attorney
   Nevada Bar No. 11959
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: sfloyd@lasvegasnevada.gov
   Attorneys for City Defendants
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 ALICIA INES MOYA GARAY, JUAN
   JAIME LOPEZ-JIMENEZ, and ARRIBA
11 LAS VEGAS WORKER CENTER,

12                 Plaintiffs,
                                              CASE NO. 2:20-cv-0119-GMN-NJK
13         vs.

14 CITY OF LAS VEGAS, a municipality;
   MICHELE FREEMAN, in her official            **STIPULATION AND ORDER FOR**
15 capacity as City of Las Vegas Chief of      **EXTENSION OF TIME**
   Department of Public Safety; BANANTO
16 SMITH, in his official capacity as Deputy   **(FIRST REQUEST)**
   Chief of Detention Services; DOES 1 through
17 25, inclusive,

18                 Defendants.

19

20         IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

21 counsel, that the time for Defendants CITY OF LAS VEGAS, MICHELE FREEMAN, and

22 BANANTO SMITH ("City Defendants") to respond to Plaintiffs' Memorandum of Points and

23 Authorities in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended

24 . . . .

25 . . . .

26 . . . .

27 . . . .

28 . . . .

Complaint be extended from May 26, 2020, to June 9, 2020, to allow counsel for Defendants to prepare such response. This is the first request for an extension of time in this matter.

DATED this 26th day of May, 2020.

THE COCHRAN FIRM--LAS VEGAS

By: /s/ Ernest Herrera
F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 East Bridger Avenue, #540
Las Vegas, NV 89101

BELINDA ESCOBOSA HELZER, ESQ.
ADRIAN HERNANDEZ, ESQ.
ERNEST HERRERA, ESQ.
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Attorneys for Plaintiffs

DATED this 26th day of May, 2020.

BRADFORD R. JERBIC
City Attorney

By: /s/ Seth T. Floyd
SETH T. FLOYD
Deputy City Attorney
Nevada Bar No. 11959
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for City Defendants

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 31 day of May, 2020.