Belinda Escobosa Helzer (pro hac vice)
Adrian Hernandez (pro hac vice)
Ernest Herrera (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
bescobosa@maldef.org
ahernandez@maldef.org
eherrera@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a municipality; MICHELE FREEMAN, in her official capacity as City of Las Vegas Chief of Department of Public Safety; BANANTO SMITH, in his official capacity as Deputy Chief of Detention Services; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT** |

# STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs") and Defendants City of Las Vegas, Michele Freeman, and Bananto Smith ("Defendants" and, together with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), LR 7-1, and LR IA 6-2, Plaintiffs have requested that Defendants consent to Plaintiffs' filing of a second amended complaint, a copy of which is attached hereto as Exhibit A;

WHEREAS, solely to conserve the Parties' and judicial resources, Defendants consent to the filing of the second amended complaint;

WHEREAS, by entering into this stipulation, Defendants take no position as to the merits or substance of the claims alleged in the second amended complaint. Defendants hereby expressly reserve any and all rights, argument or defenses they have with respect to responding to the second amended complaint as well as the claims asserted therein.

Accordingly, it is hereby stipulated and agreed that:

1. Plaintiffs may file the proposed second amended complaint attached as Exhibit A hereto.
2. The second amended complaint shall be deemed filed and served once filed through the Court's ECF System.

///
///
///
///
///
///
///
///

3.  Defendants shall respond to the second amended complaint—by answer, motion or otherwise—no later than thirty (30) days after the Court enters the order granting the stipulation to file the second amended complaint.

Dated: December 28, 2020

| | |
|---|---|
| MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | BRYAN SCOTT<br>City Attorney |
| By: /s/ Adrian Hernandez<br>Belinda Escobosa Helzer<br>Adrian Hernandez<br>Ernest Herrera<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>634 S. Spring St., 11th floor<br>Los Angeles, CA 90014<br>Telephone:  (213) 629-2512<br>Facsimile:  (213) 629-0266 | By: /s/ Seth T. Floyd<br>Deputy City Attorney<br>Nevada Bar No. 11959<br>Philip R. Byrnes<br>Senior Litigation Counsel<br>Nevada Bar No. 166<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants* |

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 28, 2020