Belinda Escobosa Helzer (pro hac vice)
Adrian Hernandez (pro hac vice)
Ernest Herrera (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
bescobosa@maldef.org
ahernandez@maldef.org
eherrera@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a municipality; MICHELE FREEMAN, in her official capacity as City of Las Vegas Chief of Department of Public Safety; BANANTO SMITH, in his individual capacity and official capacity as Deputy Chief of Detention Services;<br><br>Defendants. | Case No. 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Discovery Deadlines in the above-captioned case. Plaintiffs Alicia Ines Moya Garay and Juan Jaime Lopez-Jimenez ("Plaintiffs") and Defendants City of Las Vegas, *et al*. ("Defendants") stipulate and respectfully request a sixty (60) day extension of the current scheduling order deadlines. In support of this Stipulation and Request, the parties state as follows:

**A.     DISCOVERY COMPLETED TO DATE**

Plaintiffs Alicia Ines Moya Garay and Juan Jaime Lopez-Jimenez ("Plaintiffs") and Defendants City of Las Vegas, *et al*. ("Defendants") made their initial disclosures on June 16, 2020. Plaintiffs propounded their First Set of Interrogatories on August 5, 2020. On August 31, 2020, Defendants requested an extension to respond to Plaintiffs' First Set of Interrogatories, which Plaintiffs granted. On September 2, 2020 Plaintiffs served their First Set of Requests for Admission and Requests for Production of Documents. On September 10, 2020, Defendants served their responses to Plaintiffs' First Set of Interrogatories. On September 24, 2020, Plaintiffs served their amended First Set of Interrogatories. On October 1, 2020, Defendants served their responses to Plaintiffs' First Set of Requests for Admission. On October 15, 2020, Defendants served their responses to Plaintiffs' First Set of Requests for Production of Documents. On October 20, 2020, Defendants served their responses to Plaintiffs' amended First Set of Interrogatories. On November 5, 2020, Defendants served their First Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents. On December 18, 2020, Defendants served their Supplemental Responses to Plaintiffs' First Set of Requests for Admission. On December 21, 2020, December 22, 2020, and December 29, 2020, Plaintiffs conducted the depositions of three witnesses employed by the City of Las Vegas. On January, 21, 2021, Defendants served their First Set of Interrogatories and First Set of Requests for Production of Documents.

**B.     DISCOVERY REMAINING TO BE COMPLETED**

The parties in this case continue to propound and respond to written discovery and must conduct additional depositions, in addition to making their expert disclosures.

**C.     REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiffs continue to coordinate with an expert to provide forensic psychological services. In light of the logistical challenges that have arisen because the COVID-19 pandemic, including securing video conferencing/telemedicine technology for Plaintiffs, Plaintiffs require more time to provide merits experts' disclosures. Because Plaintiffs have exhibited diligence in their search for an expert witness and because Defendants do not oppose the request, Plaintiffs demonstrate good and just cause for the extension.

Further, the parties have exhibited diligence in propounding and responding to written discovery and conducting depositions, but significant discovery remains to be completed. For example, Plaintiffs have conducted three depositions of Defendants' witnesses and are preparing to notice additional depositions. Defendants must also conduct Plaintiffs' depositions. The parties also anticipate likely expert depositions. Moreover, based on the number of witnesses identified in Defendants' initial disclosures and discovery responses, the parties have discussed the possibility of seeking leave of court under Fed. R. Civ. P 30(a)(2)(A)(i) to take more than ten (10) depositions. The parties respectfully request an extension of the discovery cut-off date, in the event that the parties stipulate to taking more than ten depositions at a later time.

Because of Plaintiffs' diligence and because Defendants do not oppose the request, the parties demonstrate good and just cause for the extension. The parties respectfully request a sixty (60) day extension of the current scheduling order deadlines in accordance with the proposed scheduling order below.

**D.     PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

1. Initial Disclosures                                  June 16, 2020

2. Amending pleadings / adding parties    December 28, 2020

| | | |
|---|---|---|
| | 3. Merits experts' disclosures due | March 30, 2021 |
| | 4. Rebuttal experts' disclosures due | April 30, 2021 |
| | 5. Discovery Cut-off date | May 25, 2021 |
| | 6. Dispositive Motions due | June 25, 2021 |

Dated: January 29, 2021

| | |
|---|---|
| MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | BRYAN SCOTT<br>City Attorney |
| By: /s/ Adrian Hernandez<br>Belinda Escobosa Helzer<br>Adrian Hernandez<br>Ernest Herrera<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>634 S. Spring St., 11th floor<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512<br>Facsimile: (213) 629-0266 | By: /s/ Seth T. Floyd<br>Deputy City Attorney<br>Nevada Bar No. 11959<br>Philip R. Byrnes<br>Senior Litigation Counsel<br>Nevada Bar No. 166<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendants* |

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED; provided, however, that the joint pretrial order is due July 26, 2021 unless discovery motions are filed and remain pending at that time. If dispositive motions remain pending on July 26, 2021, the joint pretrial order shall be due 60 days after an order or orders are issued on such motions.**

**IT IS FURTHER ORDERED that no additional extensions of the Scheduling Order will be granted absent demonstration of extraordinary circumstance.**

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**

**DATED: January 29, 2021**