Belinda Escobosa Helzer (pro hac vice)
Ernest Herrera (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
bescobosa@maldef.org
ahernandez@maldef.org
eherrera@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a municipality; MICHELE FREEMAN, in her official capacity as City of Las Vegas Chief of Department of Public Safety; BANANTO SMITH, in his individual capacity and official capacity as Deputy Chief of Detention Services;<br><br>Defendants. | Case No. 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIFTH REQUEST)** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Discovery Deadlines in the above-captioned case. Plaintiffs Alicia Ines Moya Garay and Juan Jaime Lopez-Jimenez ("Plaintiffs") and Defendants City of Las Vegas, *et al*. ("Defendants") stipulate and respectfully request a thirty (30) day extension of the current scheduling order deadlines. In support of this Stipulation and Request, the parties state as follows:

**A.     DISCOVERY COMPLETED TO DATE**

Plaintiffs Alicia Ines Moya Garay and Juan Jaime Lopez-Jimenez ("Plaintiffs") and Defendants City of Las Vegas, *et al*. ("Defendants") made their initial disclosures on June 16, 2020. Plaintiffs propounded their First Set of Interrogatories on August 5, 2020. On August 31, 2020, Defendants requested an extension to respond to Plaintiffs' First Set of Interrogatories, which Plaintiffs granted. On September 2, 2020 Plaintiffs served their First Set of Requests for Admission and Requests for Production of Documents.

On September 10, 2020, Defendants served their responses to Plaintiffs' First Set of Interrogatories. On September 24, 2020, Plaintiffs served their amended First Set of Interrogatories. On October 1, 2020, Defendants served their responses to Plaintiffs' First Set of Requests for Admission. On October 15, 2020, Defendants served their responses to Plaintiffs' First Set of Requests for Production of Documents. On October 20, 2020, Defendants served their responses to Plaintiffs' amended First Set of Interrogatories. On November 5, 2020, Defendants served their First Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents. On December 18, 2020, Defendants served their Supplemental Responses to Plaintiffs' First Set of Requests for Admission. On December 21, 2020, December 22, 2020, and December 29, 2020, Plaintiffs conducted the depositions of three witnesses employed by the City of Las Vegas.

On January, 21, 2021, Defendants propounded their First Set of Interrogatories and First Set of Requests for Production of Documents. On February 17, 2021 Plaintiffs requested an

extension to respond to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents, which Defendants granted. On March 8 and 9, 2021, Plaintiffs served their responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents.

On March 25, 2021, Plaintiffs propounded their Second Set of Interrogatories, Second Set of Requests for Adm issions, and Second Set of Requests for Production of Documents. On April 21, 2021, Defendants asked for an extension of time to respond to Plaintiffs' Second Set of Interrogatories, Requests for Production, and Requests for Admissions, due to Defendants' change in counsel. Plaintiffs agreed to an extension of the response deadline from April 26, 2021 to May 17, 2021.

**B.    DISCOVERY REMAINING TO BE COMPLETED**

The parties in this case continue to propound and respond to written discovery and must conduct additional depositions, in addition to making their expert disclosures.

**C.    REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

Plaintiffs continue to coordinate with an expert to provide forensic psychological services. In light of the logistical challenges that have arisen because the COVID-19 pandemic, including securing video conferencing/telemedicine technology for Plaintiffs, Plaintiffs require more time to provide merits experts' disclosures. Additionally, Plaintiffs' expert witness is currently engaged in trial testimony in another matter. Because Plaintiffs have exhibited diligence in their search for an expert witness and because Defendants do not oppose the request, Plaintiffs demonstrate good and just cause for the extension.

Further, the parties have exhibited diligence in propounding and responding to written discovery and conducting depositions, but significant discovery remains to be completed. For example, Plaintiffs have conducted three depositions of Defendants' witnesses and are preparing to notice additional depositions. Defendants must also conduct Plaintiffs' depositions. The parties also anticipate likely expert depositions. Moreover, based on the number of witnesses identified in

Defendants' initial disclosures and discovery responses, the parties have discussed the possibility of seeking leave of court under Fed. R. Civ. P 30(a)(2)(A)(i) to take more than ten (10) depositions. The parties respectfully request an extension of the discovery cut-off date, in the event that the parties stipulate to taking more than ten depositions at a later time.

Because of Plaintiffs' and Defendants' diligence, and because Defendants do not oppose the request, the parties demonstrate good and just cause for the extension. The parties respectfully request a thirty (30) day extension of the current scheduling order deadlines in accordance with the proposed scheduling order below.

**D.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| | |
|---|---|
| 1. Initial Disclosures | June 16, 2020 |
| 2. Amending pleadings / adding parties | December 28, 2020 |
| 3. Merits experts' disclosures due | May 28, 2021 |
| 4. Rebuttal experts' disclosures due | July 1, 2021 |
| 5. Discovery Cut-off date | July 23, 2021 |
| 6. Dispositive Motions due | August 25, 2021 |

///
///
///
///
///
///
///
///
///
///
///

1    ///

2    ///

3    Dated: April 29, 2021

4

5    MEXICAN AMERICAN LEGAL DEFENSE                    BRYAN SCOTT
     AND EDUCATIONAL FUND                              City Attorney

6
     By: /s/ *Ernest Herrera*                          By: /s/ *Jeffrey Galliher*
7    Belinda Escobosa Helzer                           Jeffrey Galliher
     Ernest Herrera                                    Deputy City Attorney
8    MEXICAN AMERICAN LEGAL DEFENSE                    Philip R. Byrnes
     AND EDUCATIONAL FUND                              Senior Litigation Counsel
9    634 S. Spring St., 11th floor                     Nevada Bar No. 166
     Los Angeles, CA 90014                             495 South Main Street, Sixth Floor
10   Telephone:  (213) 629-2512                        Las Vegas, NV 89101
     Facsimile:  (213) 629-0266
11                                                     *Attorneys for Defendants*
     F. Travis Buchanan, Esq.
12   NV Bar No. 9371
     The Cochran Firm – Las Vegas
13   701 E. Bridger, Suite 540
     Las Vegas, NV 89101
14   Telephone: (702) 331-5478
     Facsimile: (702) 629-6919
15   FtbLaw@gmail.com

16   *Attorneys for Plaintiffs*

17

18
                                                       IT IS SO ORDERED:
19

20

21                                                     UNITED STATES MAGISTRATE JUDGE

22

23                                                     DATED: April 29, 2021

24

25

26

27

28