1  BRYAN K. SCOTT
   City Attorney
2  Nevada Bar No. 4381
   By: JEFFREY L. GALLIHER
3  Deputy City Attorney
   Nevada Bar No. 8078
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: jgalliher@lasvegasnevada.gov
   Attorneys for City of Las Vegas,
7  Michele Freeman, Bananto Smith

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11 ALICIA INES MOYA GARAY, JUAN
   JAIME LOPEZ-JIMENEZ, and ARRIBA
   LAS VEGAS WORKER CENTER,
12
                    Plaintiff,
13
                                          CASE NO. 2:20-cv-0119-GMN-EJY
       vs.
14
                                          **STIPULATION AND ORDER FOR**
15 CITY OF LAS VEGAS, a municipality;      **EXTENSION OF TIME**
   MICHELE FREEMAN, in her official
   capacity as City of Las Vegas Chief of
16 Department of Public Safety; BANANTO         **(FIRST REQUEST)**
   SMITH, in his individual capacity and
17 official capacity as Deputy Chief of
   Detention Services,
18
                    Defendant.
19
           IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective
20
   counsel, that the time for Defendants CITY OF LAS VEGAS, MICHELE FREEMAN, and
21
   BANANTO SMITH ("City Defendants") to respond to Plaintiffs' Corrected Motion for
22
   Summary Judgment and Memorandum of Law in Support be extended from February 14, 2022,
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

1  to February 22, 2022, to allow counsel for Defendants additional time to prepare such response.

2  This is the first request for an extension of time in this matter.

3  DATED this 14th day of February, 2022.        DATED this 14th day of February, 2022.

4  MEXICAN AMERICAN LEGAL DEFENSE        BRYAN K. SCOTT
   AND EDUCATIONAL FUND                  City Attorney

5

6  By:      /s/ Ernest Herrera                    By:      /s/ Jeffrey Galliher
            ERNEST HERRERA, ESQ.                           JEFFREY L. GALLIHER
7           LETICIA SAUCEDO, ESQ.                          Deputy City Attorney
            634 South Spring Street, 11th Floor          Nevada Bar No. 8078
8           Los Angeles, CA  90014                        495 South Main Street, Sixth Floor
                                                          Las Vegas, NV 89101
9           F. TRAVIS BUCHANAN, ESQ.                      Attorneys for City Defendants
            Nevada Bar No. 9371
10          701 East Bridger Avenue, #540
            Las Vegas, NV 89101
11
            Attorneys for Plaintiffs
12

13                                                **IT IS SO ORDERED.**

14                                                Dated this  15  day of February, 2022

15

16

17          _____
            Gloria M. Navarro, District Judge
18          UNITED STATES DISTRICT
            COURT

19

20

21

22

23

24

25

26

27

28