Ernest Herrera (pro hac vice)
Leticia Saucedo (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
eherrera@maldef.org
lsaucedo@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
The Cochran Firm – Las Vegas
701 E. Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CITY OF LAS VEGAS, a municipality; MICHELE FREEMAN, in her official capacity as City of Las Vegas Chief of Department of Public Safety; BANANTO SMITH, in his individual capacity and official capacity as Deputy Chief of Detention Services;<br><br>           Defendants. | Case No. 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**(SECOND REQUEST)** |

Parties hereby respectfully stipulate, through their respective counsel, that the time for Plaintiffs Alicia Moya Garay, Juan Lopez-Jimenez, and Arriba Las Vegas Worker Center to file a reply in support of their Amended Motion for Summary Judgment [Dkt. 72], or, in the alternative response in opposition to Defendants' Counter-motion for Summary Judgment [Dkt. 78], be extended from March 14, 2022, to March 21, 2022.

On February 28, 2022, Defendants filed their count-motion for summary judgment [Dkt. 78]. Plaintiffs believe this should have been styled as an opposition to Plaintiffs' motion for summary judgment, as explained in their motion to strike [Dkt. 79]. Defendants disagree. Nevertheless, if Defendants' counter-motion is considered as a response in opposition, then Plaintiffs' deadline to file a reply is March 14, 2022. Plaintiffs request additional time—7 days—to file a reply, or response in opposition in the alternative, to March 21, 2022. Defendants do not oppose this request.

This is the second request for extension in this matter.

///

///

///

///

///

///

///

///

///

DATED this 14th day of March, 2022.

| | |
|---|---|
| MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND | BRYAN K. SCOTT<br>City Attorney |
| By: /s/ *Ernest Herrera*<br>ERNEST HERRERA, ESQ.<br>LETICIA SAUCEDO, ESQ.<br>634 South Spring Street, 11th Floor<br>Los Angeles, CA 90014<br><br>F. TRAVIS BUCHANAN, ESQ.<br>Nevada Bar No. 9371<br>701 East Bridger Avenue, #540<br>Las Vegas, NV 89101<br><br>Attorneys for Plaintiffs | By: /s/ *Jeffrey L. Galliher*<br>JEFFREY L. GALLIHER<br>Deputy City Attorney<br>Nevada Bar No. 8078<br>495 South Main Street, Sixth Floor<br>Las Vegas, NV 89101<br>Attorneys for City Defendants |

**IT IS SO ORDERED.**

Dated this  14  day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT