UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00119-GMN-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(SECOND REQUEST)**<br><br>Motion Filed: September 28, 2023<br>Current Reply Date: October 16, 2023<br>New Reply Date: November 15, 2023 |

## STIPULATION

Defendants United States Immigration and Customs Enforcement ("ICE"), Tae D. Johnson, and Michael Bernacke ("Federal Defendants"), and Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

On May 23, 2023, Plaintiffs filed a Third Amended Complaint (ECF No. 98);

On July 31, 2023, Federal Defendants filed a Motion to Dismiss Plaintiffs' Third Amended Complaint (ECF No. 114), with a response date of August 14, 2023;

On August 4, 2023, the Parties stipulated to a 28-day extension of Plaintiffs' deadline to respond to the Motion to Dismiss from August 14, 2023, to September 11, 2023, and to a 28-day extension of Federal Defendants' deadline to file a reply to Plaintiffs' response from September 18, 2023, to October 16, 2023 (ECF No 115), which the Court granted and ordered (ECF No. 116).

To avoid uncertainty in the face of a potential lapse of funding that could prevent counsel for Federal Defendants from performing necessary work on this action, the Parties have stipulated to a thirty-day extension of Federal Defendants' deadline to file a reply to Plaintiffs' response from October 16, 2023, to November 15, 2023.

The filer of this document attests that the concurrence in the filing of this document has been obtained from counsel for Federal Defendants under LR IC 5-1(d);

No trial date has been set for this action, the extension requested is not intended for purposes of delay, and no party will be prejudiced by the extension requested;

This is the second request for extension of time in this matter;

The Parties respectfully request that, for good cause show, the Court enter an order extending Defendants' deadline to reply to Plaintiffs' Opposition to the Motion to Dismiss by thirty (30) days through November 15, 2023.

IT IS SO ORDERED.

DATED: October 3, 2023

_____
Anne R. Traum, U.S. District Court Judge

- 1 -

SECOND STIPULATION AND ORDER
FOR EXTENTION OF TIME                                        CASE NO. 2:20-cv-00119-GMN-EJY