JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for CITY DEFENDANTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a municipality; JASON POTTS, in his official capacity as City of Las Vegas Chief of Department of Public Safety; BANANTO SMITH, in his individual capacity; DANIELLE DAVIS, in her official capacity as Deputy Chief of Detention Services; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of United States Immigration and Customs Enforcement; MICHAEL BERNACKE, in his official capacity as Salt Lake City ICE Field Office Director,<br><br>Defendants. | CASE NO. 2:20-cv-0119-ART-EJY<br><br>Complaint Filed: November 5, 2024<br>Current Response Date: November 19, 2024<br>New Response Date: December 17, 2024 |

**STIPULATION AND ORDER FOR CLARIFICATION
OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**
(First Request)

On October 15, 2024, the Parties filed a proposed Stipulated Discovery Plan and Scheduling Order. (ECF #140.)  In the proposed Stipulated Discovery Plan and Scheduling

1  Order, the Parties agreed that any answer or other response to Plaintiffs' Fourth Amended
2  Complaint would be filed by December 17, 2024. (ECF #140 at 3:13-14.) On October 16, 2024,
3  the Honorable Elayna J. Youchah granted the Parties' Stipulated Discovery Plan and Scheduling
4  Order, including the Parties' responsive pleading deadline of December 17, 2024. (ECF #141 at
5  3:13-14.)
6       On October 18, 2024, Plaintiffs filed their Motion for Leave to File Amended Complaint.
7  (ECF #142.) The motion was unopposed. Accordingly, on November 4, 2024, the Honorable
8  Elayna J. Youchah granted Plaintiff's motion to file an amended complaint. (ECF #143.) In the
9  Court's minute order, however, it stated that, "Defendants' responsive pleading is due 14 days
10 from the date the Fourth Amended Complaint is filed." *Id.* Plaintiffs' Fourth Amended
11 Complaint was filed the next day, on November 5, 2024. (ECF #144.) Accordingly, there is a
12 discrepancy regarding the responsive pleading deadline, which this Stipulation now clarifies.
13      This is the first request for clarification of the deadline for the defendants to answer or
14 respond to Plaintiffs' Fourth Amended Complaint.
15 . . . .
16 . . . .
17 . . . .
18 . . . .
19 . . . .
20 . . . .
21 . . . .
22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28 . . . .

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, subject to the Court's approval, that the deadline for the defendants in this matter to answer or otherwise respond to Plaintiffs' Fourth Amended Complaint shall be extended from November 19, 2024, to December 17, 2024, as agreed to by the Parties in their Stipulated Discovery Plan and Scheduling Order.

DATED this 14th day of November, 2024.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By:   /s/ *Luis L. Lozada*
ERNEST L. HERRERA, ESQ.
LUIS L. LOZADA, ESQ.
Pro Hac Vice
634 South Spring Street, 11th Floor
Los Angeles, CA 90014

F. Travis Buchanan, Esq.
Nevada Bar No. 9371
F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC
701 East Bridger Avenue, #540
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

DATED this 14th day of November, 2024.

**JEFFRY M. DOROCAK**
**Las Vegas City Attorney**

By:   /s/ *Paul Mata*
PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101

*Attorneys for City Defendants*

DATED this 14th day of November, 2024.

**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section

By:   /s/ *J. Max Weintraub*
J. MAX WEINTRAUB
Acting Assistant Director
Affirmative Litigation Unit
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2024