BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ANTHONY NICASTRO
Acting Director
Office of Immigration Litigation
General Litigation & Appeals Section
ELIANIS N. PEREZ
Assistant Director
MATTHEW P. SEAMON
Senior Litigation Counsel
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: 202-598-2648
Email: Matthew.Seamon2@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FEDERAL DEFENDANTS' DEADLINE TO ANSWER THE FOURTH AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Current Deadline: June 27, 2025<br>New Deadline: July 25, 2025 |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ANSWER DEADLINE**

Pursuant to LR IA 6-1, Federal Defendants United States Immigration and Customs Enforcement ("ICE"), Tae D. Johnson, and Michael Bernacke ("Federal Defendants") and Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs"), hereby stipulate as follows:

1. On November 5, 2024, Plaintiffs filed a Fourth Amended Complaint (ECF No. 144).
2. On December 17, 2024, Federal Defendants filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint (ECF No. 147).
3. On June 14, 2025, the Court denied Federal Defendants' Motion to Dismiss (ECF No. 158).
4. Pursuant to FRCP 12(a)(4)(A), Federal Defendants' default deadline to file a responsive pleading is June 27, 2025.
5. The Parties have conferred and agreed to extend Federal Defendants' deadline to answer the Fourth Amended Complaint by twenty-eight (28) days through July 25, 2025.
6. Undersigned counsel for Federal Defendants has previously-scheduled leave and will be traveling internationally from June 23, 2025 to July 2, 2025. Accordingly, undersigned counsel requires additional time to confer with his clients regarding the allegations in the Amended Complaint.
7. No trial date has been set for this action, the extension requested is not intended for purposes of delay, and no party will be prejudiced by the extension requested.
8. This is the first request for an extension of this deadline.
9. For these reasons, and for good cause shown, the Parties respectfully request that the Court enter an order extending Federal Defendants' deadline to answer the Fourth Amended Complaint by twenty-eight (28) days through July 25, 2025.

Dated: June 20, 2025

| | |
|---|---|
| /s/ Luis L. Lozada <br> Luis L. Lozada <br> Ernest I. Herrera <br> MEXICAN AMERICAN LEGAL <br> DEFENSEAND EDUCATIONAL FUND <br> 634 South Spring Street, 11 Floor <br> Los Angeles, CA 90014 <br> Telephone: (213) 629-2512 <br><br> F. Travis Buchanan, Esq. <br> NV Bar No. 9371 <br> F. TRAVIS BUCHANAN, ESQ., <br> & ASSOC., PLLC <br> 701 East Bridger, Suite 540 <br> Las Vegas, NV 89101 <br> Telephone: (702) 331-5478 <br><br> *Attorneys for Plaintiffs* | BRETT A. SHUMATE <br> Assistant Attorney General <br> Civil Division <br> ANTHONY NICASTRO <br> Acting Director <br> Office of Immigration Litigation <br> General Litigation & Appeals Section <br> ELIANIS N. PEREZ <br> Assistant Director <br><br> /s/ Matthew P. Seamon <br> MATTHEW P. SEAMON <br> Senior Litigation Counsel <br> United States Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Phone: 202-598-2648 <br> Email: Matthew.Seamon2@usdoj.gov <br><br> *Attorneys for Federal Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2025

- 2 -

STIPULATION AND ORDER TO EXTEND
DEADLINE TO ANSWER (FIRST REQUEST)                         CASE NO. 2:20-cv-00119-GMN-EJY