1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF LAS VEGAS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br>Defendants. | Case No.: 2:20-cv-00119-ART-EJY <br><br>**ORDER GRANTING** <br><br>**STIPULATION TO LIFT STAY AND EXTEND SCHEDULING DEADLINES** <br><br>**(SECOND REQUEST)** |
|---|---|

# STIPULATION AND [PROPOSED] ORDER TO LIFT STAY AND EXTEND SCHEDULING DEADLINES

Under LR IA 6-1 and LR 26-3, Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs"), Defendants City of Las Vegas, *et al.* ("City Defendants") and Defendants United States Immigration and Customs Enforcement, *et al.* ("Federal Defendants"), stipulate and request that this Court lift the stay and extend Scheduling Deadlines in the above-captioned case. This is the first request to lift the stay and second request to extend discovery deadlines in this case. In support of this Stipulation and Request, the Parties state as follows:

1. On October 1, 2025, Federal Defendants moved to stay the instant case in light of the lapse in appropriations occurring at the end of the day on September 30, 2025. ECF No. 164. On October 3, 2025, the Court issued its order granting a stay. ECF No. 165.

2. On the evening of November 12, 2025, Congress passed a new funding bill which the President signed into law effectively restoring appropriations to the Department of Justice. Department of Justice attorneys, including undersigned counsel for the Federal Defendants, resumed their usual civil litigation functions on November 13, 2025.

3. The Parties therefore request that the Court lift the stay of the above-captioned case.

4. Having met and conferred, the Parties also respectfully request that the Court extend all deadlines in this case by approximately 90 days[1] in accordance with the proposed scheduling order below.

- Discovery Cut-Off Date          March 9, 2026
- Dispositive Motions Due         April 24, 2026

---

[1] Federal Defendants acknowledge that their October 1, 2025 stay motion requested an extension "commensurate with the duration of the lapse in appropriations." ECF No. 164 at 4. However, due to the number of days that this case has been stayed, the upcoming holidays, and anticipated travel schedules of undersigned counsel, the Parties believe good cause exists for a slightly longer extension of deadlines.

- All Other Motions Due — May 11, 2026
- Pretrial Order — June 8, 2026
- Pretrial Conference — June 25, 2026
- Jury Trial (City Defendants) (estimated 2 weeks) — July 27, 2026
- Bench Trial (Federal Defendants) (estimated 2 weeks) — July 27, 2026

Dated: December 1, 2025

| | |
|---|---|
| **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** | **JEFF M. DOROCAK**<br>Las Vegas City Attorney |
| */s/ Ernest I. Herrera*<br>Luis L. Lozada<br>Ernest I. Herrera<br>MEXICAN AMERICAN LEGAL DEFENSE<br>AND EDUCATIONAL FUND<br>634 South Spring Street, 11 Floor<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512 | */s/ Paul Mata*<br>Deputy City Attorney<br>NV Bar No. 14922<br>495 South Main Street, 6th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for City Defendants* |
| F. Travis Buchanan, Esq.<br>NV Bar No. 9371<br>F. TRAVIS BUCHANAN, ESQ.,<br>& ASSOC., PLLC<br>701 East Bridger, Suite 540<br>Las Vegas, NV 89101<br>Telephone: (702) 331-5478<br><br>*Attorneys for Plaintiffs* | **U.S. DEPARTMENT OF JUSTICE**<br>Office of Immigration Litigation<br><br>*/s/ Matthew P. Seamon*<br>Senior Litigation Counsel<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: December 2, 2025

---

ORDER TO EXTEND SCHEDULING DEADLINES     2     CASE NO. 2:20-CV-00119-ART-EJY