Ernest I. Herrera (pro hac vice)
Luis L. Lozada (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: eherrera@maldef.org
        llozada@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
F. TRAVIS BUCHANAN, ESQ.,
& ASSOC., PLLC
701 East Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
Email: FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULING DEADLINES**<br><br>**(FOURTH REQUEST)** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULING DEADLINES

Under LR IA 6-1 and LR 26-3, the Parties, by and through their respective counsel of record, stipulate and request that this Court extend the Scheduling Deadlines in the above-captioned case. Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs") and Defendants City of Las Vegas, United States Immigration and Customs Enforcement, *et al.* ("Defendants") stipulate and respectfully request a sixty-day extension of the current scheduling order deadlines. In support of this Stipulation and Request, the Parties state as follows:

## A.      DISCOVERY COMPLETED TO DATE

Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center ("Plaintiffs") propounded written discovery on Defendant United States Customs and Immigration Enforcement, *et al.* ("Federal Defendants") on August 20, 2025. Plaintiffs propounded written discovery on Defendant City of Las Vegas, *et al.* ("City Defendants") on August 27, 2025. Plaintiff met and conferred with Federal Defendants to resolve issues concerning sensitive and confidential information in September 2025. Plaintiffs received City Defendants' responses to written discovery and City Defendants received Plaintiffs' responses in September 2025. On October 2, 2025, the Court granted a stay of the case in light of lapse of appropriations. Dkt. 165. The Court lifted the stay on December 2, 2025. Dkt. 168. The Parties resumed discussions in resolving discovery responses and document production issues following the unavailability of counsel and holiday season.

On January 14, 2026, Plaintiff Arriba received Federal Defendants' responses to written discovery. Federal Defendants indicated the need for a protective order to produce responsive documents. On March 12, 2026, the Court granted the protective order. Dkt. 174.

On February 20, 2026, City Defendants received Plaintiffs Garay's and Lopez-Jimenez's

supplemental responses and production of documents to written discovery.  On March 6, 2026, City Defendants received Plaintiff's Arriba supplemental responses to written discovery.

On May 14, 2026, Federal Defendants received Plaintiff Arriba's responses and document production to written discovery.  On May 15, 2026, Plaintiff Arriba received Federal Defendants' document production.

**B.      DISCOVERY REMAINING TO BE COMPLETED**

The Parties are still meeting and conferring regarding written discovery requests and document production.   Specifically, Plaintiffs are waiting for City Defendants to produce responsive documents, and Plaintiff Arriba is waiting for Federal Defendant to produce further documentation and indicate whether it will supplement its January 2026 responses.  Plaintiffs intend to notice depositions on City Defendants, and Plaintiff Arriba also intends to notice depositions on Federal Defendants soon.  The Parties hope to resolve any remaining issues without court intervention.

**C.      REASONS FOR REQUEST OF SCHEDULING DEADLINES**

The Parties seek an extension of the scheduling deadlines.  An extension of dates and deadlines requires good and just cause.  *See* LR 26-3.  A party may show good cause to modify a schedule date "if it cannot reasonably be met despite the diligence of the party seeking the extension."  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Prejudice to "the party opposing the modification" may also be relevant.  *See id.*

Plaintiffs met and conferred with City Defendants and Federal Defendants on May 26, 2026.  The Parties agreed to resolve pending discovery issues, but with the current discovery deadline, the Parties need a brief extension to confirm supplemental responses are sufficient and/or further meet and confer to resolve any discovery issues.  Because the Parties are meeting and conferring in good faith, and Defendants do not oppose an extension of the scheduling deadlines,

the Parties demonstrate good and just cause for the extension.

Further, good cause is shown by the lack of dilatory motive and good faith efforts to move this matter forward. Indeed, counsel for the Parties have been working diligently to respond to discovery requests and to cooperate in meet and confer efforts to avoid the need for law and motion related to discovery. The Parties respectfully request a sixty-day extension of the current scheduling order deadlines in accordance the proposed scheduling order below. The short extension of discovery and scheduling order deadlines is not for any improper purpose or unnecessary delay.

The Parties further offer that the proposed 60-day extension will not unduly affect the Court's calendar or substantially delay the resolution of this matter.

**D.      PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

1. Discovery Cut-Off Date                                      August 7, 2026

2. Dispositive Motions Due                                  September 21, 2026

3. All Other Motions Due                                      October 9, 2026

4. Pretrial Order (no dispositive motion filed)        November 9, 2026

*[stipulation continues on the next page]*

**STIPULATION AND ORDER TO EXTEND
SCHEDULING DEADLINES (FOURTH REQUEST)**           3                    CASE NO. 2:20-CV-00119-GMN-EJY

| | |
|---|---|
| 5. Pretrial Order (dispositive motion filed) | 30 days after decision |
| 6. Pretrial Conference* | November 24, 2026 |
| 7. Jury Trial (City Defendants)* (estimated 2 weeks) | December 28, 2026 |
| 8. Bench Trial (Federal Defendants)* (estimated 2 weeks) | December 28, 2026 |

*Subject to change if a dispositive motion is filed and a decision is pending.*

Dated: May 28, 2026

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Luis L. Lozada*
Luis L. Lozada
Ernest I. Herrera
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11 Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512

F. Travis Buchanan, Esq.
NV Bar No. 9371
F. TRAVIS BUCHANAN, ESQ.,
& ASSOC., PLLC
701 East Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478

*Attorneys for Plaintiffs*

**JEFF M. DOROCAK**
Las Vegas City Attorney

*/s/ Paul Mata*
Deputy City Attorney
NV Bar No. 14922
495 South Main Street, 6th Floor
Las Vegas, NV 89101

*Attorneys for City Defendants*

**U.S. DEPARTMENT OF JUSTICE**
Office of Immigration Litigation

*/s/ Matthew P. Seamon*
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 29, 2026