Nina Perales (pro hac vice)
Ernest I. Herrera (pro hac vice)
Luis L. Lozada (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: nperales@maldef.org
eherrera@maldef.org
llozada@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
F. TRAVIS BUCHANAN, ESQ.,
& ASSOC., PLLC
701 East Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
Email: FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00119-GMN-EJY<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF LETICIA M. SAUCEDO** |

**MOTION TO WITHDRAW**

We write to advise the Court that Leticia M. Saucedo, attorney for Plaintiffs in the above-captioned action, is no longer employed by the Mexican American Legal Defense and Educational Fund (MALDEF). Accordingly, under Local Rule IA 11-6(b), Plaintiffs respectfully request that the Court approve the withdrawal of Leticia M. Saucedo. Plaintiffs will continue to be represented by attorneys at MALDEF. Defendants do not oppose this Motion.

Dated: September 4, 2026

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Luis L. Lozada*

Luis L. Lozada
Nina Perales
Ernest I. Herrera
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 South Spring Street, 11 Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2026