Nina Perales (pro hac vice)
Ernest I. Herrera (pro hac vice)
Luis L. Lozada (pro hac vice)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: nperales@maldef.org
eherrera@maldef.org
llozada@maldef.org

F. Travis Buchanan, Esq.
NV Bar No. 9371
F. TRAVIS BUCHANAN, ESQ.,
& ASSOC., PLLC
701 East Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478
Facsimile: (702) 629-6919
Email: FtbLaw@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA INES MOYA GARAY, JUAN JAIME LOPEZ-JIMENEZ, and ARRIBA LAS VEGAS WORKER CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No.: 2:20-cv-00119-GMN-EJY<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

Plaintiffs Alicia Ines Moya Garay, Juan Jaime Lopez-Jimenez, and Arriba Las Vegas Worker Center and Defendants City of Las Vegas, United States Immigration and Customs Enforcement, *et al.* (together, the "Parties"), by and through their respective counsel of record, stipulate and respectfully request a thirty (30) day stay of the proceedings, including discovery and all briefing and other deadlines. In support of this Stipulation, the Parties state as follows:

1. Discovery closes in this case on November 5, 2026.

2. On September 30, 2026, Defendant United States Customs and Immigration Enforcement, *et al.* ("Federal Defendants") requested that Plaintiffs' counsel provide information about Plaintiff Arriba's operational status given reporting that it may cease certain programs in the coming months and about effects that any potential change to Plaintiff Arriba's organizational status would have on this case.

3. During the first week of this month, Federal Defendants issued discovery requests and a deposition notice to Plaintiff Arriba concerning its operational and organizational status.

4. The requested stay will allow Plaintiffs to consider next steps in this litigation given the approaching discovery deadline.

5. "[T]he power to stay proceedings in incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983) ("Every court has the inherent power to stay causes on its docket with a view to avoiding duplicative litigation, inconsistent results, and waste of time and effort by itself, the litigants and counsel"). The determination of whether to stay proceedings is best determined by weighing the competing interests of the parties and of the Court. *See Landis*, 299 U.S. at 254–55.

> Among those competing interests are the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005).

6. The above-mentioned factors weigh in favor of granting the Parties' stipulation. Because all of the interested parties agree to the relief requested, the issues of undue prejudice or providing for a tactical advantage are rendered moot, and favor the entry of a stay. Furthermore, the requested stay will simplify the issues if this case goes to trial.

WHEREFORE, undersigned counsel for the Parties, having met and conferred and good cause appearing, stipulate and agree to stay the case up to and including November 20, 2026; and vacate all existing deadlines in this case for purposes of allowing Plaintiff's counsel to confer and confirm information concerning Plaintiff Arriba's organizational status.

Dated: October 19, 2026

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Luis L. Lozada*
Luis L. Lozada
Nina Perales
Ernest I. Herrera
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11 Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512

**JEFF M. DOROCAK**
Las Vegas City Attorney

*/s/ Timothy J. Geswein*
Deputy City Attorney
NV Bar No. 10049
495 South Main Street, 6th Floor
Las Vegas, NV 89101

*Attorneys for City Defendants*

*[signatures continue on the next page]*

F. Travis Buchanan, Esq.
NV Bar No. 9371
F. TRAVIS BUCHANAN, ESQ.,
& ASSOC., PLLC
701 East Bridger, Suite 540
Las Vegas, NV 89101
Telephone: (702) 331-5478

*Attorneys for Plaintiffs*

**U.S. DEPARTMENT OF JUSTICE**
Office of Immigration Litigation

*/s/ Luz Maria Restrepo*
Senior Litigation Counsel
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026